## MARSHALL *v.* BRUCKER, SECRETARY OF THE ARMY.

No. 41, Misc.   Decided March 10, 1958.

Petitioner *pro se.*

*Solicitor General Rankin* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment of the United States Court of Appeals for the District of Columbia Circuit is reversed and the case is remanded to the District Court for appropriate relief in the light of *Harmon* v. *Brucker* and *Abramowitz* v. *Brucker,* 355 U. S. 579, decided March 3, 1958.

MR. JUSTICE CLARK dissents from this disposition of the case for the reasons stated in his dissenting opinion in these cases.